# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 13, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

      Re:  David Abran Anaya
           v. Texas
           No. 15-5166
           (Your No. WR-80,336-04; WR-80,336-04)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 7, 2015 and placed on the docket July 13, 2015 as No. 15-5166.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk